# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM, | CASE NO. 1:09-cv-02239-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | (Doc. 10) |
| NATE DILL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Charles Windham is a state prisoner proceeding pro se in this action.  On February 5, 2010, Plaintiff consented to magistrate judge jurisdiction.  On April 23, 2010, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

Pursuant to this notice, the Court HEREBY ORDERS that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   **April 30, 2010**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1